IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ESTATE OF ERNEST GOTTDIENER, ET. AL., | ) ) ) | |
| Plaintiffs, | ) ) | No. 15-1245 |
| v. | ) ) | Judge Wolski |
| THE UNITED STATES, | ) ) ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests an enlargement of time of 60 days to respond to the complaint filed by plaintiffs. The Government's response to the plaintiffs' complaint currently is due on December 22, 2015. If our motion is granted, the Government's response would be due February 22, 2016.[1] We have not previously requested an enlargement of time for this purpose.

Counsel for the Government contacted counsel for the plaintiffs regarding this request.[2] Counsel for plaintiffs indicated that plaintiffs did not oppose our request for additional time, and also stated that because of the timing of when the Government's response would now be filed, plaintiffs may need to request an enlargement from the Court, for filings that they may make in

---

[1] 60 days after December 22, 2015 is February 20, 2016, which is a Saturday, making the next business day February 22, 2016.

[2] We have not styled this motion for an enlargement as an unopposed motion, because it is our understanding that plaintiffs may wish to file a response setting forth their position.

light of the Government's response to their complaint. We have advised plaintiff's counsel that the Government would not oppose such a request by the plaintiffs.[3]

Our request for additional time to respond to plaintiffs' complaint is necessary in order to allow us the opportunity to review, research, analyze, and respond to the numerous factual and legal issues raised by it. In addition to needing time to allow us to fully examine the issues raised by plaintiffs' complaint, the requested enlargement is warranted because the ability of the Department of Justice attorney assigned to this matter to devote proper attention to completing a response has been constrained by his obligations in several other matters. Counsel for the Government was assigned to this matter in mid-November. Since that time, counsel has been required to devote a substantial amount of time analyzing and preparing a recommendation for the Solicitor General regarding a potential appeal in a significant matter. Counsel for the Government is also the attorney of record in *Union Pacific v. United States*, 15-347, and has been involved in recent weeks in preparing a settlement recommendation in that matter. Furthermore, as senior trial counsel on the Justice Department's spent nuclear fuel litigation team, undersigned counsel is also responsible on a day-to-day basis for reviewing written work and providing advice and guidance to trial attorneys across the spectrum of spent nuclear fuel cases.

For the foregoing reasons, the Government respectfully requests that the Court grant our motion for a 60-day enlargement of time, until and including February 22, 2015.

---

[3] Plaintiffs' counsel also indicated that an exhibit that was referenced in plaintiffs' complaint was inadvertently left-off the filed version of the complaint, and that they intend to request permission from the Court to fix this clerical omission. We stated that the Government had no objection to their request.

                                                      Respectfully submitted,

                                                      BENJAMIN C. MIZER
                                                      Principal Deputy Assistant
                                                      Attorney General

                                                      ROBERT E. KIRSCHMAN, JR.
                                                      Director


                                                      /s Brian A. Mizoguchi
                                                      BRIAN A. MIZOGUCHI
                                                      Assistant Director


                                                      /s Christopher J. Carney

DAVID A. LEVITT                              CHRISTOPHER J. CARNEY
Trial Attorney                                   Senior Trial Counsel
Commercial Litigation Branch              Commercial Litigation Branch
Civil Division                                   Civil Division
United States Department of Justice       United States Department of Justice
PO Box 480                                      PO Box 480
Ben Franklin Station                         Ben Franklin Station
Washington, DC  20044                     Washington, DC  20044
                                                  Telephone:  (202) 305-7597
                                                  Facsimile:  (202) 307-2503
                                                  E-mail:  chris.carney@usdoj.gov


December 9, 2015                             Attorneys for Defendant