UNITED STATES COURT OF FEDERAL CLAIMS
-----------------------------------------------------------------------X
ESTATE OF ERNEST GOTTDIENER, ET. AL.,

      Plaintiffs,                                                                 No. 15-1245
                                                                                    Judge Wolski

      v.

THE UNITED STATES,

      Defendant.
-----------------------------------------------------------------------X

**Plaintiffs' Motion for an Enlargement of Time to
Respond to Defendant's Motion to Dismiss**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (RCFC), plaintiffs respectfully request an enlargement of time, to May 2, 2016, to respond to defendant United States' motion to dismiss the complaint.

On February 22, defendant moved to dismiss on RCFC 12(b) grounds. Plaintiffs thus must either oppose within 28 days (March 22, 2016), RCFC 7.2(b)(1), or amend as of right within 21 days (March 15, 2016), RCFC 15(a)(1)(B), or theoretically both.

Plaintiffs' request for additional time to respond to defendant United States' motion is necessary in order to allow us the opportunity to research, analyze, and respond to the legal arguments made.

Additionally, counsel for the plaintiffs has other pressing professional obligations including hearings scheduled in 12-mc-557 (EDNY Cogan, J.), extensive motion practice due in 10-cv-3959 (SDNY Schofield, J.), as well as appellate brief due in 15-cv-4077 (CA2)

Plaintiffs have made no prior request for an enlargement of time to submit such papers. Department of Justice attorney Christopher J. Carney has graciously consented to this request.

For the foregoing reasons, the plaintiffs respectfully request that the Court grant this motion for an enlargement until May 2, 2016 to submit opposition or to file a first amended complaint as of right or both.

Dated:   Montauk, New York
         March 14, 2016

                Respectfully submitted,

                THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.

                /s/ Frederick M. Oberlander

                Frederick M. Oberlander
                Counsel for plaintiffs
                28 Sycamore Lane (Box 1870)
                Montauk, New York 10001