# In the United States Court of Federal Claims

No. 15-1245C
(Filed March 15, 2016)

```
* * * * * * * * * * * * * * * * *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
           Plaintiffs,           *
                                 *
     v.                          *
                                 *
THE UNITED STATES,               *
                                 *
           Defendant.            *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

Plaintiff's unopposed motion for an enlargement of the time period in which to file a response to defendant's motion to dismiss, or an amended complaint, is **GRANTED**. Accordingly, that response, or amended complaint, shall be filed on or by **Monday, May 2, 2016**.

**IT IS SO ORDERED.**

                                              s/ Victor J. Wolski
                                              **VICTOR J. WOLSKI**
                                              Judge