UNITED STATES COURT OF FEDERAL CLAIMS
----------------------------------------------------------------------X
ESTATE OF ERNEST GOTTDIENER, ET. AL.,

       Plaintiffs,                                                        No. 15-1245
                                                                Judge Wolski

   v.

THE UNITED STATES,

       Defendant.
----------------------------------------------------------------------X

## Plaintiffs' Motion for an Enlargement of Time to
## Respond to Defendant's Motion to Dismiss

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims (RCFC), plaintiffs respectfully seek a second enlargement of time, to June 1, 2016, to respond to defendant United States' motion to dismiss the complaint.

On February 22, 2016, defendant moved to dismiss on RCFC 12(b) grounds. Plaintiffs thus had to oppose within 28 days (March 22, 2016), RCFC 7.2(b)(1), or amend as of right within 21 days (March 15, 2016), RCFC 15(a)(1)(B), or both.

On March 14, 2016 Plaintiffs requested additional time to respond to defendant United States' motion is necessary in order to allow us the opportunity to research, analyze, and respond to the legal arguments made.

Unfortunately, beginning shortly thereafter counsel has suffered severe cardiovascular crises requiring multiple episodes of emergency intervention and hospitalization and is on a reduced work schedule while recovering.

Plaintiffs request an additional enlargement of time for 30 days, to expire on June 1, 2016, in which to submit such papers. Department of Justice attorney Christopher J. Carney has graciously consented to this request.

For the foregoing reasons, the plaintiffs respectfully request that the Court grant this motion for an enlargement until June 1, 2016 to submit opposition or to file a first amended complaint as of right or both.

Dated:   Montauk, New York
         May 2, 2016

                Respectfully submitted,

                THE LAW OFFICE OF FREDERICK M. OBERLANDER, P.C.

                /s/ Frederick M. Oberlander

                Frederick M. Oberlander
                Counsel for plaintiffs
                28 Sycamore Lane (Box 1870)
                Montauk, New York 11954
                212.826.0357  Tel.
                212.202.7624  Fax