# In the United States Court of Federal Claims

No. 15-1245C
(Filed July 17, 2017)

```
* * * * * * * * * * * * * * * * *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
                                 *
          Plaintiffs,            *
                                 *
     v.                          *
                                 *
THE UNITED STATES,               *
                                 *
          Defendant.             *
                                 *
* * * * * * * * * * * * * * * * *
```

## ORDER

When plaintiffs filed their supplemental brief on March 9, 2017, they formatted it as a "letter brief," for reasons that remain elusive but need not be further explored. Because of the unusual formatting style, which our rules do not contemplate, plaintiffs filed on the following day a motion for leave to use that style for their supplemental brief. The government did not file an opposition to that motion, and accordingly the motion is **GRANTED** and the brief will remain accepted in the letter form. To avoid unnecessary administrative efforts, the parties are encouraged to follow the format prescribed in our court's rules for any future filings in this case.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge