# In the United States Court of Federal Claims

No. 15-1245C
(Filed September 6, 2017)

```
* * * * * * * * * * * * * * * * *
                                  *
ESTATE OF ERNEST                  *
GOTTDIENER, et al.,               *
                                  *
              Plaintiffs,         *
                                  *
     v.                           *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
                                  *
* * * * * * * * * * * * * * * * *
```

## ORDER

Plaintiffs' unopposed motion for an enlargement of the time period in which the parties may file their supplemental briefs is **GRANTED**.  Accordingly, those briefs shall be filed on or by **Wednesday**, **September, 27, 2017.**


**IT IS SO ORDERED.**

                                                s/ Victor J. Wolski
                                                **VICTOR J. WOLSKI**
                                                Judge