# In the United States Court of Federal Claims

No. 15-1245C
(Filed September 27, 2017)

```
* * * * * * * * * * * * * * * * *
                                 *
ESTATE OF ERNEST                 *
GOTTDIENER, et al.,              *
                                 *
               Plaintiffs,       *
                                 *
     v.                          *
                                 *
THE UNITED STATES,               *
                                 *
               Defendant.        *
                                 *
* * * * * * * * * * * * * * * * *
```

### ORDER

Plaintiffs' counsel contacted Chambers to request a brief enlargement of the time period in which the parties may file their supplemental briefs, to which the government consents. That request is **GRANTED**. Accordingly, those briefs shall be filed by **5:00 p.m. Tuesday**, **October 3, 2017**.

**IT IS SO ORDERED.**

                                              s/ Victor J. Wolski
                                              **VICTOR J. WOLSKI**
                                               Judge